IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Painters and Decorators Pension, Health and Welfare and Deferred Savings Plan Trust Funds, | ) ) ) ) | No. 08 C 1319 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Darrah |
| Longshore/Daly, Inc., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**Motion to Extend Time to Respond**

NOW COMES Longshore/Daly, Inc. through its attorneys, Anderson & Moore, P.C., and respectfully requests the entry of an order extending the time to file its answer and in support thereof states:

1. Longshore/Daly, Inc. is an Illinois corporation whose registered agent is the undersigned attorney.

2. Summons was served upon Thomas S. Moore as registered agent for Longshore/Daly, Inc. on March 11, 2008.

3. Longshore/Daly's answer is due March 31, 2008.

4. Longshore/Daly, Inc. is in the process of gathering documents and payment histories necessary to formulate an answer.

5. Thomas S. Moore is scheduled to be out of town in late March and early April and will be unable to review any documents until his return.

WHEREFORE, Longshore/Daly respectfully requests an additional twenty-eight days in which to file its answer.

Respectfully Submitted,

/s/ Thomas S. Moore
One of the Attorneys for
Longshore/Daly, Inc.

Thomas S. Moore
Jane F. Anderson
Anderson & Moore, P.C.
111 W Washington
Suite 1100
Chicago, IL   60602
(312) 251-1500

**Certificate of Service**

I hereby certify that on March 24, 2008, I electronically filed the Notice of Motion and Motion to Extend Time to Respond on behalf of Longshore/Daly, Inc. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Donald D Schwartz
>James R. Anderson
>Anthony B. Sanders
>Arnold and Kadjan
>19 West Jackson Blvd, Suite 300
>Chicago, IL   60604

>Respectfully Submitted:

>/s/ Thomas S. Moore
>Anderson & Moore, P.C.
>111 West Washington Street
>Suite 1100
>Chicago, IL   60602