# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Painters and Decorators Pension, Health and Welfare and Deferred Savings Plan Trust Funds, | ) ) ) ) | No. 08 C 1319 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Darrah |
| Longshore/Daly, Inc., an Illinois corporation, | ) ) | |
| Defendant. | ) | |

## Notice of Motion

To:   Donald D Schwartz
　　　James R. Anderson
　　　Anthony B. Sanders
　　　Arnold and Kadjan
　　　19 West Jackson Blvd, Suite 300
　　　Chicago, IL   60604

　　　PLEASE TAKE NOTICE that on Thursday, April 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Darrah, or any judge sitting in his stead, in the court room usually occupied by him in Room 1203 at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Motion to Extend Time to Respond, a copy of which is attached.

　　　　　　　　　　　　　　　　　　　　　　　By:   /S/ Thomas S. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　　　　　　　　Longshore/Daly, Inc.