UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Trustees of the Chicago Painters and Decorators Pension
Fund, Welfare, Savings, Apprenticeship, Scholarship, and
Joint Cooperation Trust Funds
                                                            Plaintiff,
v.                                                          Case No.:
                                                            1:08−cv−01319

                                                            Honorable John W.
                                                            Darrah

Longshore/Daly, Inc.
                                                            Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 8/26/08 at 9:00 a.m. Mailed notice (maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.