**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Trustees of the Chicago Painters and Decorators Pension
Fund, Welfare, Savings, Apprenticeship, Scholarship, and
Joint Cooperation Trust Funds

                                              Plaintiff,

v.                                                              Case No.:
                                                               1:08−cv−01319
                                                               Honorable John W.
                                                               Darrah

Longshore/Daly, Inc.

                                                      Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

        MINUTE entry before the Honorable John W. Darrah: Status hearing held and
continued to 10/16/08 at 9:00 a.m. Mailed notice. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.